De Witt C. Weeks et al., Respondents, *v.* William McCarthy Little, Appellant.

(Argued January 21, 1889; decided February 5, 1889.)

Appeal from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 23, 1887, which affirmed a judgment in favor of plaintiffs, entered on the report of a referee.

*Charles A. Jackson* for appellant.

*Robert W. De Forrest* for respondents.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.

---

August F. Holly et al., as Executors, etc., Respondents, *v.* Charles Schlesinger, Appellant.

(Argued January 21, 1889; decided February 5, 1889.)

Appeal from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 2, 1887, which affirmed a judgment in favor of plaintiffs, entered on a verdict directed by the court.

*C. Bainbridge Smith* for appellant.

*Stephen P. Nash* for respondents.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.